UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Joshua Simon,

Plaintiff

v.

Nevada Department of Correction, et al.,

Defendants

Case No. 2:25-cv-02276-CDS-BNW

**Voluntary Dismissal Order**

Plaintiff Joshua Simon previously filed a civil rights complaint under 42 U.S.C. § 1983, motions for status check, a motion for leave to amend, and a motion for appointment of counsel. ECF Nos. 1-1, 10, 11, 12, 13. I have not yet screened the complaint.

Plaintiff now files a motion for voluntary dismissal. ECF No. 14. Under Federal Rule of Civil Procedure 41(a)(1), a plaintiff may dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). I grant plaintiff's motion to voluntarily dismiss this action because no responsive pleading has been filed in this case. As such, I dismiss this action without prejudice.

**Conclusion**

I hereby order that the motion to voluntarily dismiss this action **[ECF No. 14] is granted**; therefore, this action is dismissed in its entirety without prejudice.

I order that the remaining motions **[ECF Nos. 10, 11, 12, 13] are denied as moot**.

The Clerk of the Court is kindly instructed to close this case.

Dated: July 17, 2026

Cristina D. Silva
United States District Judge